JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

PHILLIP L. HARMON,                         )      Case No. CV 08-1557-AHS  (OP)
                                           )
                                           )      J U D G M E N T
                 Petitioner,               )
                                           )
          vs.                              )
                                           )
DEPT. OF MENTAL HEALTH,                    )
                                           )
                 Respondent.               )
_____    )

          Pursuant   to   the   Order   Adopting   Findings,   Conclusions,   and
Recommendations of the United States Magistrate Judge,

          IT IS ADJUDGED that  Judgment be entered:  (1) approving and adopting
this Report and Recommendation; (2) granting Respondent's Motion to Dismiss;
and (3) directing that Judgment be entered denying the Petition and dismissing this
action without prejudice for failure to exhaust state judicial remedies.


DATED:  _____  JAN 1 2 2009

                                    _____
                                    HONORABLE ALICEMARIE H. STOTLER
                                    ~~Chief~~ United States District Judge

Prepared by:

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge